# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

17 OCT 20 AM 8: 24

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ JBT _____ DEPUTY

UNITED STATES OF AMERICA,

                            Plaintiff,

    vs.

Alejandro Alferez (2),

                            Defendant.

Case No. 16cr1977-MMA

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, with prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii), (v)(II),(a)(1)(B)(i)

_____

_____

Dated:   10/19/2017                                                           

Hon. Jan M. Adler
United States Magistrate Judge